IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FALLON,

    Plaintiff,                                  No. CIV S-06-0332 FCD KJM PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.                          <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed April 25, 2006, plaintiff was ordered to file a completed application and affidavit in support of his request to proceed in forma pauperis or pay the appropriate filing fee within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: June 5, 2006.

4

5  _____
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10  /fallon332.fifp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26